# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BANK OF AMERICA, et al. | ) | CASE NO. CV10-852-AHM (SHx) |
| Plaintiff(s), | ) ) | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF A RESOLUTION |
| v. | ) | |
| HAYWOOD BROOM, et al., | ) | |
| Defendant(s). | ) | |

The Court having been advised by plaintiff that the above-entitled action has been resolved;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to reopen this action if the motion for interpleader in the state action is not granted.

IT IS SO ORDERED.

Date: May 27, 2010

_____
A. Howard Matz
United States District Court Judge

**JS-6**